In the Matter of CHARLES W. RICE, and on Behalf of All Others Similarly Situated, Appellant, against FLUSHING HOSPITAL AND DISPENSARY et al., Respondents.—

Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.